AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Bharatkumar Chaudhari | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:26-CV-242 |
| Michael T. Rose | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is ENTERED in favor of petitioner Bharatkumar Chaudhari.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Keli M. Neary

Memorandum and Order filed February 26, 2026 (Docs 7&8)

Date: February 26, 2026

CLERK OF COURT

/s/ M. Walker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*